**E-Filed 7/13/05**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GATECHINA.COM, et al.,<br><br>Defendants. | Case Nos. C-02-3792-JF (PVT)<br>C-05-0260-JF (PVT)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS AGAINST DEFENDANTS LEI LEI AND UNITOPIA XIAN CORPORATION |

On June 8, 2005, the Court issued an order that, *inter alia*, granted Plaintiff's motion for contempt sanctions against Defendants Lei Lei and Unitopia Xian Corporation and requested further briefing as to Plaintiff's request for attorneys' fees and costs. Plaintiff has provided the requested briefing. As an additional sanction against Defendants Lei Lei and Unitopia Xian Corporation, the Court HEREBY ORDERS that these defendants pay Plaintiff reasonable

1 | attorneys' fees and costs in the amount of $27,124.20.

5 | DATED: July 13, 2005

/s/ electronic signature authorized
_____
JEREMY FOGEL
United States District Judge

2

Case Nos. C-02-3792-JF (PVT) / C-05-0260-RMW (RS)
ORDER GRANTING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS
(JFLC2)

1  Copies of Order served on:

2  In Case No. C-02-3792-JF (PVT):

3
   Patricia De Fonte Patricia.DeFonte@ibslaw.com,
4  joohn.choe@ibslaw.com;richard.idell@ibslaw.com

5  Richard J. Idell richard.idell@ibslaw.com,
   patricia.defonte@ibslaw.com;jesse.summers@ibslaw.com
6

7  Jennifer A. Marone jennymarone@yahoo.com

8  Tiffany W. Tai tai@brblaw.com

9  In Case No. C-05-0260-RMW (RS):

10
   Patricia De Fonte Patricia.DeFonte@ibslaw.com,
11 joohn.choe@ibslaw.com;richard.idell@ibslaw.com

12
   Richard J. Idell richard.idell@ibslaw.com,
13 patricia.defonte@ibslaw.com;jesse.summers@ibslaw.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case Nos. C-02-3792-JF (PVT) / C-05-0260-RMW (RS)
ORDER GRANTING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS
(JFLC2)