1 | RICHARD J. IDELL, ESQ., #069033
2 | PATRICIA DE FONTE, ESQ. #223923
  | IDELL, BERMAN, SEITEL & RUTCHIK, LLP
3 | 465 California Street, Suite 300
  | San Francisco, CA 94104                    **E-filed 9/15/05**
4 | Telephone: (415) 986-2400
5 | Facsimile: (415) 392-9259

6 | Attorneys for Plaintiff U2 HOME
  | ENTERTAINMENT, INC., a California corporation doing
7 | business as CENTURY HOME ENTERTAINMENT, NEW
  | IMAGE AUDIO AND VIDEO and TAI SENG
8 | ENTERTAINMENT (formerly TAI SENG VIDEO
9 | MARKETING)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| U2 HOME ENTERTAINMENT, INC., a California corporation doing business as CENTURY HOME ENTERTAINMENT, NEW IMAGE AUDIO AND VIDEO and TAI SENG ENTERTAINMENT (formerly TAI SENG VIDEO MARKETING) | Case No.: C 05 0260 JF PVT<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR COMPLETION OF EARLY NEUTRAL EVALUATION** |
|---|---|
| Plaintiff, | |
| v. | |
| GATECHINA.COM, INC., a California corporation and doing business as TIGERCOOL.COM; WAYNE LIN, also known as WEN LIN, individually and doing business as GATECHINA.COM, INC., UNITOPIA CORPORATION, a Delaware corporation registered and doing business in California as DELAWAREUNITOPIA CORPORATION, and also doing business as WWW.TIGERCOOL.COM and UNITOPIA XIAN CORPORATION, UNITOPIA XIAN CORPORATION, a corporation whose state of formation is unknown and LEI LEI, individually and doing business as UNITOPIA CORPORATION, DELAWAREUNITOPIA CORPORATION, WWW.TIGERCOOL.COM and UNITOPIA XIAN CORPORATION and DOES 4 to 1000, inclusive, | |
| Defendants. | |

It is hereby stipulated as follows between Plaintiff, U2 Home Entertainment, Inc, ("U2") on the one hand, and only Defendant Unitopia Corporation, a Delaware corporation registered and doing business in California as Delawareunitopia Corporation, ("Unitopia") on the other hand:

WHEREAS, the Court has issued an order stating that U2 and Unitopia must complete the Early Neutral Evaluation by no later than September 22, 2005 and appointed Stewart Forman, Esq. as the neutral;

WHEREAS, on August 24, 2005, the parties, by and through their counsel, attended a conference call with Stewart Foreman to discuss the case and the scheduling of an early neutral evaluation;

WHEREAS, the parties have not completed sufficient investigation or discovery in order to determine whether other third parties should be named in the Complaint and therefore take part in the early neutral evaluation;

WHEREAS, it was agreed by and among counsel for the parties and Mr. Forman that the depositions of Mr. Pei Chin of Unitopia, Mr. Wayne Lin, and perhaps the deposition of other third parties are necessary to enable the issue of other necessary parties to be evaluated; and

WHEREAS, the parties and Mr. Foreman have scheduled a further conference call regarding the scheduling of the early neutral evaluation for October 28, 2005 at 10:00 a.m.,

THEREFORE, the parties stipulate as follows:

1. The parties, with the agreement of Mr. Foreman, stipulate and request that the Court continue the last day to complete early neutral evaluation to November 30, 2005.

2. Good cause exists for this request based on the foregoing.

Dated: September 14, 2005          IDELL, BERMAN, SEITEL & RUTCHIK LLP

                                   /s/
                                   Patricia De Fonte
                                   Richard J. Idell
                                   Attorneys for Plaintiff U2 HOME
                                   ENTERTAINMENT, INC., a California
                                   Corporation doing business as CENTURY
                                   HOME ENTERTAINMENT, NEW IMAGE
                                   AUDIO AND VIDEO and TAI SENG

ENTERTAINMENT (formerly TAI SENG VIDEO MARKETING)

Dated: September 14, 2005

MOUNT & STOELKER, P.C.

/s/
Alfredo A. Bismonte
Attorneys for Defendant UNITOPIA CORPORATION, a Delaware corporation registered and doing business in California as DELAWAREUNITOPIA CORPORATION

## ORDER

The Stipulation of the parties having come before the Court and good cause appearing therefore, the Court makes the following order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the last date to complete the Early Neutral Evaluation is extended to November 30, 2005.

IT IS FURTHER ORDERED that the case management conference currently scheduled for September 23, 2005 is rescheduled for December 2, 2005 at 10:30 a.m.

Dated: 9/15, 2005

By: /s/electronic signature authorized

Honorable Judge Jeremy Fogel

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell, Berman, Seitel & Rutchik LLP, 465 California Street, Suite 300, San Francisco, California 94104.

On September 14, 2005, I served the following document(s):

**AMENDED STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR COMPLETION OF EARLY NEUTRAL EVALUATION**

☒   by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell, Berman, Seitel & Rutchik LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☒   by **ELECTRONIC MAIL**, by a true and correct copy of the document(s) in Adobe® Portable Document Format (PDF) to be transmitted by e-mail to the e-mail address indicated after the address(es) noted below. The transmission was reported as complete and without error.

| | |
|---|---|
| Lei Lei<br>1520 Everett Street<br>El Cerrito, CA 94530<br>E-mail: lei269@yahoo.com<br>*Individually and doing business as Unitopia Xian Corporation, Unitopia Corporation and www.tigercool.com* | Alfredo Afable Bismonte, Esq.<br>Mount & Stoelker PC<br>333 W. San Carlos St., 17th Floor<br>San Jose, CA 95110<br>Email: abismonte@mount.com<br>*Attorneys for Unitopia Corporation* |

I certify and declare under penalty of perjury that the foregoing is true and correct, that I am employed in the office of an attorney qualified to practice in this court, and that I executed this declaration at San Francisco, California.

_____
June Hight