**E-Filed 1/24/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GATECHINA.COM, INC., et al.,<br><br>Defendants. | Case Number C 05-260 JF (PVT)<br>Related Case  C 02-3792 JF (PVT)<br><br>ORDER (1) GRANTING DEPONENT LIN'S APPLICATION FOR TIME TO REVIEW TRANSCRIPT; AND (2) DENYING WITHOUT PREJUDICE PLAINTIFFS' APPLICATION FOR ORDER TO SHOW CAUSE RE CONTEMPT<br><br>[Doc. Nos. 70, 78] |

Plaintiffs sued Wayne Lin ("Lin") and others in this Court in 2002, alleging copyright infringement and related claims arising out of activity on a website known as Tigercool.com. That action was resolved by means of a Final Judgment and Consent Decree.

Plaintiffs filed the instant action in this Court in 2005, also concerning activity on the Tigercool.com website. Lin originally was named as a defendant in the 2005 action, but was dismissed without prejudice from the 2005 action.

Plaintiffs took Lin's deposition in the 2005 action. Because he had been dismissed from the action, and understood that he was being deposed only as a third party witness, Lin appeared

Case No. C 05-260 JF (PVT)
ORDER (1) GRANTING DEPONENT LIN'S APPLICATION FOR TIME TO REVIEW TRANSCRIPT ETC.
(JFLC2)

1  for the deposition without counsel and without an interpreter (his native language is Mandarin
2  Chinese).  Lin requested at the deposition that he be permitted to review the deposition transcript.
3  Lin was entitled to thirty days from completion of the transcript to review it and make changes if
4  necessary.  Fed. R. Civ. P. 30(e).  However, Lin was not given an opportunity to review the
5  transcript before it was sent to Plaintiffs.
6      On December 30, 2005, Plaintiffs filed an application for issuance of an order to show
7  cause why Lin and his company, Gatechina, Inc., should not be adjudged in civil contempt of the
8  Final Judgment and Consent Decree issued in the 2002 action.  Plaintiffs' application appears to
9  be based wholly upon Lin's deposition testimony.  On January 11, 2006, Lin filed an application
10 for an extension of time to respond to Plaintiffs' application for an order to show cause, so that
11 Lin may review his deposition transcript.
12     Lin is entitled to review his deposition transcript as provided in Rule 30(e).  Because Lin
13 was denied this opportunity before the transcript was given to Plaintiffs, the Court will deny
14 without prejudice Plaintiffs' application for an order to show cause.  Plaintiffs may renew their
15 application, if appropriate, once Lin has reviewed his deposition transcript and the transcript
16 properly is distributed.

**ORDER**

(1)   Lin's application for time to review his deposition transcript is GRANTED; and

(2)   Plaintiffs' application for an order to show cause re contempt is DENIED WITHOUT PREJUDICE.

DATED: 1/24/06

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 05-260 JF (PVT)
ORDER (1) GRANTING DEPONENT LIN'S APPLICATION FOR TIME TO REVIEW TRANSCRIPT ETC.
(JFLC2)

1 | This Order was served on the following persons:

3 | Alfredo A. Bismonte     abismonte@mount.com, bshih@mount.com; mmcmanus@mount.com

4 | Patricia De Fonte     Patricia.DeFonte@ibslaw.com, shayne.coppedge@ibslaw.com; richard.idell@ibslaw.com; will.philp@ibslaw.com

6 | Richard J. Idell     richard.idell@ibslaw.com, patricia.defonte@ibslaw.com; june.hight@ibslaw.com; shayne.coppedge@ibslaw.com; will.philp@ibslaw.com

7 | Bobby T. Shih     bshih@mount.com, mmcmanus@mount.com

8 | Tiffany W. Tai     tai@brtlawyers.com