**E-filed 1/31/06**

RICHARD J. IDELL, ESQ., #069033
PATRICIA DE FONTE, ESQ. #223923
IDELL SEITEL & RUTCHIK, LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiff U2 HOME
ENTERTAINMENT, INC., a California corporation doing
business as CENTURY HOME ENTERTAINMENT, NEW
IMAGE AUDIO AND VIDEO and TAI SENG
ENTERTAINMENT (formerly TAI SENG VIDEO
MARKETING)

Alfredo A. Bismonte (SBN 136154)
abismonte@mount.com
Bobby T. Shih (SBN 210957)
bshih@mount.com
MOUNT & STOELKER, P.C.
333 West San Carlos Street, 17th Floor
San Jose CA 95110-2740
Telephone: (408) 279-7000
Facsimile: (408) 998-1473

Attorneys for Defendant
UNITOPIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| U2 HOME ENTERTAINMENT, INC., a California corporation doing business as CENTURY HOME ENTERTAINMENT, NEW IMAGE AUDIO AND VIDEO and TAI SENG ENTERTAINMENT (formerly TAI SENG VIDEO MARKETING)<br><br>Plaintiff,<br><br>v.<br><br>GATECHINA.COM, INC., a California corporation and doing business as TIGERCOOL.COM; WAYNE LIN, also known as WEN LIN, individually and doing business as GATECHINA.COM, INC., UNITOPIA CORPORATION, a Delaware corporation registered and doing business in California as DELAWAREUNITOPIA CORPORATION, and | Case No.: C 05 0260 JF PVT<br><br>**STIPULATION AND [PROPOSED] ORDER RE: REQUEST FOR EXTENSION OF DEADLINE FOR COMPLETION OF EARLY NEUTRAL EVALUATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 10, 2006** |
|---|---|

also doing business as WWW.TIGERCOOL.COM and UNITOPIA XIAN CORPORATION, UNITOPIA XIAN CORPORATION, a corporation whose state of formation is unknown and LEI LEI, individually and doing business as UNITOPIA CORPORATION, DELAWAREUNITOPIA CORPORATION, WWW.TIGERCOOL.COM and UNITOPIA XIAN CORPORATION and DOES 4 to 1000, inclusive,

          Defendants.

It is hereby stipulated as follows between Plaintiff, U2 Home Entertainment, Inc, ("U2") on the one hand, and only Defendant Unitopia Corporation, a Delaware corporation registered and doing business in California as Delawareunitopia Corporation, ("Unitopia") on the other hand:

WHEREAS, the Court has issued an order stating that U2 and Unitopia must complete the Early Neutral Evaluation by no later than January 31, 2006 and appointed Stewart Forman, Esq. as the neutral;

WHEREAS, a Case Management Conference is currently scheduled for February 10, 2006 at 10:30 a.m.

WHEREAS, it had been agreed by and among counsel for the parties and Mr. Forman that the depositions of Mr. Pei Chin of Unitopia, Mr. Wayne Lin, and perhaps the deposition of other third parties are necessary to enable the issue of other necessary parties to be evaluated;

WHEREAS, the depositions of Mr. Chin and Mr. Lin as well as that of Ms. Leisa Lei have been completed;

WHEREAS, Plaintiff filed an ex parte application re: contempt of the Final Judgment against Mr. Lin, who was a defendant in the prior action and a signatory to the Final Judgment. Mr. Lin then filed an ex parte request for time to review his deposition transcript. The Court granted Mr. Lin's request and denied Plaintiff's request, without prejudice to re-file once Mr. Lin has made changes to his deposition transcript. Plaintiff anticipates re-filing an ex parte application re: contempt against Mr. Lin;

WHEREAS, Plaintiff's counsel has invited Mr. Lin to engage in the Early Neutral Evaluation and hopes that Mr. Lin will agree to participate. If he does not agree, then Plaintiff may move this court for an order requiring Mr. Lin to participate; and

1     WHEREAS, the parties agree that the Early Neutral Evaluation should be continued for two months. The parties have advised the ADR Department of this agreement.

THEREFORE, the parties stipulate as follows:

1. The parties stipulate and request that the Court continue the last day to complete early neutral evaluation to March 31, 2006.

2. The parties also stipulate and request that the Court continue the case management conference to April, 2006.  Case Management Conference is rescheduled for April 14, 2006 at 10:30.

3. Good cause exists for this request based on the foregoing.

Dated: January 27, 2006

IDELL, BERMAN, SEITEL & RUTCHIK LLP

Patricia De Fonte
Richard J. Idell
Attorneys for Plaintiff U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as CENTURY HOME ENTERTAINMENT, NEW IMAGE AUDIO AND VIDEO and TAI SENG ENTERTAINMENT (formerly TAI SENG VIDEO MARKETING)

Dated: January 27, 2006

MOUNT & STOELKER, P.C.

Alfredo A. Bismonte
Bobby T. Shih
Attorneys for Defendant UNITOPIA CORPORATION, a Delaware corporation registered and doing business in California as DELAWAREUNITOPIA CORPORATION



IT IS SO ORDERED
Judge Jeremy Fogel